IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WALLACE,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant.<br>_____/ | No. CIV S-09-1062-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is a stipulation for an extension of time for defendant to respond to plaintiff's motion for summary judgment. The parties have stipulated that defendant's response shall be file on or before December 7, 2009.

      APPROVED AND SO ORDERED.


 DATED: December 15, 2009

                                              _____<br>                                              **CRAIG M. KELLISON**<br>                                              UNITED STATES MAGISTRATE JUDGE